# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2006

131239 & (11)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ALLEN HAZIEL CUMBUS,
      Defendant-Appellant.

SC: 131239
COA: 268385
Oakland CC: 2005-202624-FC

_____/

      On order of the Court, the application for leave to appeal the March 28, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2006

_____
Clerk

p1122